IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM BARRIER ROBERTS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 18-83442-CRJ11 |
| MELANIE HAMMER MURRAY and RHETT MURRAY, | ) AP No. 19-80017-CRJ |
| Defendants. | ) |

## NOTICE OF CONSENT

Plaintiff, William Barrier Roberts, hereby consents to entry of Final Orders and Judgment by the Bankruptcy Court, subject to normal appellate review under 28 U.S.C. § 158.

Respectfully submitted,

/s/*John J. Callahan, Jr.*
John J. Callahan, Jr.
jcallahan@callahanpc.com

/s/*Lisa M. English*
Lisa M. English
lenglish@callahanpc.com

**OF COUNSEL:**

Callahan, P.C.
301 Washington Street, Suite 301
Huntsville, Alabama 35801
P.O. Box 2564
Huntsville, Alabama 35804
Telephone:   (256) 382-5180
Facsimile:   (256) 704-0165

NOTICE OF CONSENT – Page 1

/s/Stuart M. Maples  
Stuart M. Maples  
smaples@mapleslawfirmpc.com

**OF COUNSEL:**

MAPLES LAW FIRM, PC  
200 Clinton Ave. West, Ste 1000  
Huntsville, AL 35801  
Telephone: (256) 489-9779  
Facsimile: (256) 489-9720

Attorneys for  
Plaintiff William Barrier Roberts

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2019, I electronically filed the foregoing Notice with the Court using the CM/ECF system, which will send the notice of the filing to all counsel of record registered to receive electronic notice, and via electronic mail upon:

Richard Blythe  
Bankruptcy Administrator  
P.O. Box 3045  
Decatur, AL 35602  
Via email: richard_blythe@alnba.uscourts.gov

Walter A. Dodgen  
David R. Beasley  
MAYNARD, COOPER & GALE, P.C.  
655 Gallatin Street S.W.  
Huntsville, Alabama 35801  
tdodgen@maynardcooper.com  
dbeasley@maynardcooper.com

Jayna P. Lamar  
Christian A. Pereyda  
MAYNARD, COOPER & GALE, P.C.  
1901 Sixth Avenue North  
2400 Regions/Harbert Plaza  
Birmingham, Alabama 35203  
jlamar@maynardcooper.com  
cpereyda@maynardcooper.com

/s/ John J. Callahan, Jr.  
John J. Callahan, Jr.