IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **In the matter of:** | ) | |
| | ) | |
| **WILLIAM BARRIER ROBERTS,** | ) | Case No. 18-83442-CRJ-11 |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| **WILLIAM BARRIER ROBERTS,** | ) | AP No. 19-80017-CRJ-11 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MELANIE HAMMER MURRAY** | ) | |
| **and RHETT MURRAY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

Please take notice that David R. Beasley hereby enters an appearance on behalf of Defendants Melanie Hammer Murray and Rhett Murray in the above-styled action, and requests the Court and parties to provide all notices to the undersigned through the CM/ECF system, or, if necessary, at the address set forth below:

David R. Beasley
Alabama Bar No. ASB-3929-U58I
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
dbeasley@maynardcooper.com

Please take further notice that the foregoing demand includes not only the notice and papers referred to in the Bankruptcy Rules, but without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal,

whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise, which affect or seek to affect in any way any right or interest of Defendants in the above-captioned adversary proceeding.

This appearance and demand for notice and service of the papers is not and may not be deemed or construed to be a waiver of any of substantive or procedural rights of Defendants.

Dated: June 27, 2019

/s/ David R. Beasley
*One of the Attorneys for Defendants*

**OF COUNSEL:**

David R. Beasley
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street S.W.
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
dbeasley@maynardcooper.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ David R. Beasley
*Of Counsel*

2