# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| WILLIAM BARRIER ROBERTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 18-83442-CRJ11 |
| v. ) | |
| ) | AP No. 19-80017-CRJ |
| MELANIE HAMMER MURRAY, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

COMES NOW David R. Beasley ("Beasley") and respectfully moves this Court to allow him to withdraw as counsel of record for Defendant-Counterclaim Plaintiffs Melanie Hammer Murray and Bullet & Barrel, LLC (collectively, "Counterclaim Plaintiffs"). As grounds for this Motion, Beasley states that he will be leaving the law firm of Maynard, Cooper & Gale, P.C., and has notified Counterclaim Plaintiffs of same. Beasley's withdrawal will not prejudice Counterclaim Plaintiffs, as they will continue to be represented in this matter by the law firm of Maynard, Cooper & Gale, P.C.

Dated: September 9, 2019

/s/ David R. Beasley
*One of the Attorneys for*
*Counterclaim Plaintiffs*

**OF COUNSEL:**
Walter A. Dodgen
David R. Beasley
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street S.W.
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
tdodgen@maynardcooper.com
dbeasley@maynardcooper.com

Jayna P. Lamar
S. Andrew Kelly
Christian A. Pereyda
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
Telephone: (205) 254-1854
Facsimile: (205) 254-1999
jlamar@maynardcooper.com
dkelly@maynardcooper.com
cpereyda@maynardcooper.com

*Attorneys for Counterclaim Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ David R. Beasley
*Of Counsel*

1