IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM BARRIER ROBERTS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 18-83442-CRJ11 |
| v. | ) | |
| | ) | AP No. 19-80017-CRJ |
| **MELANIE HAMMER MURRAY,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COUNTERCLAIM PLAINTIFFS' LIMITED OBJECTION TO TENTATIVE ORDER DISMISSING ADVERSARY PROCEEDING

COME NOW, **Melanie Hammer Murray** ("Murray") and **Bullet & Barrel, LLC** ("Bullet & Barrel" and, together with Murray, the "Counterclaim Plaintiffs"), and, out of an abundance of caution, and for their limited objection to the Court's *Tentative Order Dismissing Adversary Proceeding* (AP Doc. 106)[1] state as follows:

1. On November 16, 2018, Debtor commenced the Case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code, (BK Doc. 1), and, on March 21, 2019, Debtor filed his Complaint and commenced this AP.[2]

2. Sometime thereafter, the Court consolidated the contested matter between the Counterclaim Plaintiffs and Debtor concerning the Debtor's objections to the Counterclaim Plaintiffs' claims in the Case with this AP.

---

[1] References to the docket of the above-captioned adversary proceeding (this "AP") shall be denoted as "(AP Doc. __)". References to the docket of the chapter 11 Case No. 18-83442-CRJ11 (the "Case") shall be denoted as "(BK Doc. __)".

[2] The definitions of capitalized terms used but not defined herein are provided by the Counterclaim Plaintiffs' *Motion to Withdraw Pending Motions to Withdraw Claims, Motion to Extend Deadline to Object to Confirmation; Objection to Confirmation, Objection to Motion to Reject Executory Contracts, Limited Objection to Motion to Convert to Chapter 7, and Motion to Dismiss Chapter 11 Case* (BK Doc. 371) (the "Confirmation Opposition").

3. Following the Court's decision not to grant Murray relief from the automatic stay to purchase additional Units from Bullet & Barrel, the Counterclaim Plaintiffs filed their Withdrawal Requests, seeking to withdraw their remaining claims 10 and 14 against the Estate (such claims, the "Remaining Claims").

4. As set out in the Confirmation Opposition, the Remaining Claims were never formally withdrawn because the requirements of Bankruptcy Rule 3006 were never satisfied.

5. The Counterclaim Plaintiffs have no objection to the dismissal of this AP, provided that such dismissal will not in any way be deemed an adjudication that their Remaining Claims, which the Counterclaim Plaintiffs expressly reserve the right to enforce against the Estate, are disallowed.

6. Thus, out of an abundance of caution, the Counterclaim Plaintiffs object to the dismissal of the AP only to the extent that such dismissal would be deemed to impair, in any way, their Remaining Claims.

WHEREFORE, PREMISES CONSIDERED, the Counterclaim Plaintiffs respectfully request that this honorable Court enter an Order dismissing this AP that expressly provides that the entry of such Order shall not affect the Counterclaim Plaintiffs' ability to assert their Remaining Claims against the Estate.

July 8, 2020

/s/ *Christian A. Pereyda*
S. Andrew Kelly
Christian A. Pereyda

*Attorneys for Counterclaim Plaintiffs*

2

**OF COUNSEL:**

Jayna P. Lamar
S. Andrew Kelly
Christian A. Pereyda
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
Telephone: (205) 254-1854
Facsimile: (205) 254-1999
jlamar@maynardcooper.com
dkelly@maynardcooper.com
cpereyda@maynardcooper.com

Walter A. Dodgen
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street S.W.
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
tdodgen@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and on the following:

John J. Callahan, Jr.
Lisa English
CALLAHAN P.C.
Post Office Box 2564
Huntsville, Alabama 35804
Telephone: (256) 382-5180
Facsimile: (256) 704-0165
jcallahan@callahanpc.com
lenglish@callahanpc.com

Stuart M. Maples
MAPLES LAW FIRM, P.C.
200 Clinton Avenue West
Suite 1000
Huntsville, Alabama 35801
Telephone: (256) 489-9779
Facsimile: (256) 489-9720
smaples@mapleslawfirmpc.com

Richard Blythe
Bankruptcy Administrator
P.O. Box 3045
Decatur, AL 35602
richard_blythe@alnba.uscourts.gov

Taze Shepard
Kevin Morris
SPARKMAN, SHEPARD & MORRIS, P.C.
303 Williams Ave SW
Suite 1411
Huntsville, AL 35801
taze@ssmattorneys.com
kevin@ssmattorneys.com

/s/ *Christian A. Pereyda*
Christian A. Pereyda

*Of Counsel*