## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| In re: William Barrier Roberts<br>SSN: xxx-xx-9314 | ) | Case No.: 18-83442-CRJ-7 |
| Debtor. | )<br>)<br>) | Chapter 7 |
| William Barrier Roberts, | )<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | AP No.: 19-80017-CRJ |
| Melanie Hammer Murray, | )<br>)<br>) | |
| Defendant. | ) | |

**TRUSTEE'S RESPONSE TO COUNTERCLAIM PLAINTIFFS' LIMITED OBJECTION TO TENTATIVE ORDER DISMISSING ADVERSARY PROCEEDING**

COMES NOW the Trustee, and files this response to the Counterclaim Plaintiffs' Limited Objection to Tentative Order Dismissing Adversary Proceeding and states as follows:

1. It is unclear to the Trustee as to what the Counterclaim Plaintiffs seek with their Limited Objection. However, Trustee would oppose any efforts to undo or limit the previous rulings by the Court in this Adversary Proceeding, including the Order granting summary judgment against and dismissing the counterclaims.

2. Further, the Trustee agrees with the Court that it is appropriate for the Debtor's objections to claim be dismissed without prejudice at this time. The Trustee can file his own objections to claims at a later date, if and when he decides it is appropriate. Whatever effect the Court's previous rulings in the Adversary Proceeding may have, will be an issue for the Court to decide at that time.

3. Trustee does request that the Court's Order dismissing the AP specifically find that all previous rulings and orders entered in the AP are now final. Trustee respectfully requests such further relief as the Court deem just and appropriate.

1

Respectfully submitted this 23rd day of July, 2020.

                                        */s/ Kevin M. Morris*
                                        Tazewell T. Shepard, III
                                        Kevin M. Morris
                                        Tazewell T. Shepard, IV
                                        *Attorneys to Trustee in Bankruptcy*

                                        **SPARKMAN, SHEPARD & MORRIS, P.C.**
                                        P. O. Box 19045
                                        Huntsville, AL  35804
                                        Tel: (256) 512-9924
                                        Fax: (256) 512-9837

## **CERTIFICATE OF SERVICE**

This is to certify that I have served the foregoing document upon the following parties by electronic service through the Court's CM/ECF system and/or by depositing said copy in the United States Mail in a properly addressed envelope with adequate postage thereon this the 23rd day of July, 2020.

| | |
|---|---|
| S. Andrew Kelly<br>Christian A. Pereyda<br>Maynard, Cooper & Gale, P.C.<br>Attorneys for Counterclaim Plaintiffs<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, AL  35203<br>dkelly@maynardcooper.com<br>cpereyda@maynardcooper.com | Stuart M. Maples<br>Maples Law Firm, P.C.<br>Attorney for Debtor<br>200 Clinton Avenue West<br>Suite 1000<br>Huntsville, AL  35801<br>smaples@mapleslawfirmpc.com |
| Richard Blythe<br>Bankruptcy Administrator<br>P.O. Box 3045<br>Decatur, AL  35602<br>richard_blythe@alnba.uscourts.gov | John J. Callahan, Jr.<br>Lisa English<br>Callahan P.C.<br>Attorney for Debtor<br>P.O. Box 2564<br>Huntsville, AL  35804<br>jcallahan@callahanpc.com<br>lenglish@callahanpc.com |

                                        */s/ Kevin M. Morris*
                                        Kevin M. Morris

Case 19-80017-CRJ    Doc 121    Filed 07/23/20    Entered 07/23/20 10:47:25    Desc Main
Document    Page 2 of 2